*RECOMMENDED FOR FULL-TEXT PUBLICATION*
Pursuant to Sixth Circuit Rule 206
File Name: 05a0248p.06

# UNITED STATES COURT OF APPEALS

## FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*v.*

No. 02-1766

DAMON DUNBAR,

*Defendant-Appellant.*

>

Filed: June 8, 2005

Before: MOORE and ROGERS, Circuit Judges; FORESTER, District Judge.[*]

## ORDER

On February 9, 2004, this court issued an opinion affirming Defendant Damon Dunbar's conviction and sentence. *United States v. Dunbar*, 357 F.3d 582 (6th Cir. 2004). On January 24, 2005, the United States Supreme Court granted Dunbar's petition for a writ of certiorari, vacated the judgment of this court, and remanded to this court for further consideration in light of *United States v. Booker*, 543 U.S. ___, 125 S. Ct. 738 (2005). *Dunbar v. United States*, ___ U.S. ___, 125 S. Ct. 1029 (2005). We reinstate our opinion of February 9, 2004, affirming Dunbar's conviction, with the exception of Part II.B. With respect to Dunbar's sentence, we vacate the judgment and sentence of the district court, and remand to the district court for resentencing in accordance with *Booker*.

ENTERED BY ORDER OF THE COURT

/s/ Leonard Green

—————————————————————
Clerk

---

[*] The Honorable Karl S. Forester, United States District Judge for the Eastern District of Kentucky, sitting by designation.